UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SHARON SAYEG,

       Plaintiff,

-v-                                          No. 14-CV-4096-LTS-RLE

AHRON AZULY, LIOR AZULY a/k/a
LIOR MILSTEIN,

       Defendants.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9.20.16

ORDER

On August 12, 2016, Magistrate Judge Ronald L. Ellis issued a Report and Recommendation ("Report") recommending that the Court (1) deny the motion of pro se Plaintiff Sharon Sayeg ("Plaintiff" or "Sayeg") for a default judgment, and (2) decline to exercise supplemental jurisdiction over any state law claims that Sayeg's Amended Complaint may be construed to assert against Defendant Ahron Azuly ("Azuly"). (Docket Entry No. 47.) No party has filed an objection to the Report.

The Court has considered thoroughly the reasoning and analysis in the Report and adopts the Report in its entirety.

The Court finds that Sayeg's Amended Complaint fails to state a federal claim, for reasons explained in the Report. The Court therefore dismisses Sayeg's federal trademark

infringement claim against Azuly and declines to exercise supplemental jurisdiction over any state law claims asserted against Azuly.

SO ORDERED.

Dated: New York, New York
September 19, 2016

_____
LAURA TAYLOR SWAIN
United States District Judge

Copy Mailed To:
Sharon Sayeg
66 Madison Avenue
Apartment 10D
New York, NY 10016